E-FILED
Monday, 05 March, 2007  11:41:47 AM
Clerk, U.S. District Court, ILCD

# United States District Court

_____CENTRAL  DISTRICT OF  ILLINOIS_____

UNITED STATES OF AMERICA
   V.

Ruben Lopez-Herrera and
Santiago Rodriguez-Ramos
(Name and Address of Defendant)

**FILED**
MAR 0 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CRIMINAL COMPLAINT**

CASE NUMBER
07-3013-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 1, 2007 in Sangamon County, in the Central District of Illinois, defendants, Ruben Lopez-Herrera and Santiago Rodriguez-Ramos,

> knowing that an alien had come to, entered and remained in the United States in violation of law, did, for the purpose of commercial advantage and private financial gain, transport and move such alien within the United States by means of a motor vehicle, in furtherance of such violation of law.

in violation of Title 8 United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

I further state that I am a <u>Senior Special Agent with ICE</u> and that this complaint is based on the
Official Title
following facts:

   see attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

s/ Stuart A. Kutz
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 1, 2007   3pm                    at   Springfield, Illinois
Date                                        City and State

Honorable Byron G. Cudmore              s/ Byron G. Cudmore
United States Magistrate Judge
Name & Title of Judicial Officer         Signature of Judicial Officer

STATE OF ILLINOIS        )
                         )   SS
COUNTY OF SANGAMON  )

## AFFIDAVIT

I, Stuart A. Kutz, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Senior Special Agent with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than thirty (30) years. I am currently assigned to the Springfield, Illinois ICE office in the Anti-Smuggling Unit;

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including aliens who have entered the United States illegally and activities which constitute the illegal transportation of such aliens in the furtherance of their illegal presence in the United States;

3. This affidavit is made in support of the issuance of Criminal Complaints and Warrants of Arrest against subjects RUBEN LOPEZ-HERRERA and SANTIAGO RODRIGUEZ-RAMOS;

4. On Thursday, March 1, 2007, at approximately 10:00 P.M., Illinois State Police Trooper Steven Ent stopped a gold 1996 Chevrolet Astro van, bearing Tennessee License # 264 CHW, that was traveling northbound on Interstate 55 near mile marker 90 near Springfield, Illinois. Trooper Ent stopped this vehicle for improper lane usage. Upon approaching the vehicle, and asking for identification, the driver, RUBEN LOPEZ-HERRERA, presented a Driver's License issued in the Mexican state of Oaxaca. When asked by the trooper, RUBEN LOPEZ-HERRERA told the trooper that there were thirteen (13) people in the van, however, when pressed on the number of people, RUBEN LOPEZ-HERRERA stated that there were

thirteen people in addition to him and the front seat passenger, SANTIAGO RODRIGUEZ-RAMOS. None of the occupants of this vehicle had any identification or other documentation issued in the United States. The driver told the trooper that he and all of the vehicle's occupants were coming from Topeka, Kansas and were destined for Chicago, Illinois. Suspecting that the vehicle's occupants were illegal aliens, Trooper Ent then had his dispatcher contact U.S. Immigration and Customs Enforcement (ICE);

5. At approximately 11:00 P.M., ICE Senior Special Agents Stuart A. Kutz and Michael Mitchell arrived at the scene of the vehicle stop. During cursory questioning by the ICE agents, it was determined that all of the occupants of this vehicle were Mexican citizens illegally present in the United States. At that time all of the occupants were taken into custody and transported to the Springfield ICE office for further questioning and processing.

6. During questioning the following morning, the passengers all stated that they paid smuggling fees ranging from $1,000 to 1,800 each. All of the passengers stated that RUBEN LOPEZ-HERRERA and SANTIAGO RODRIGUEZ-RAMOS were the only drivers of this vehicle from Phoenix, Arizona to Springfield, Illinois. The passengers further stated that RUBEN LOPEZ-HERRERA and SANTIAGO RODRIGUEZ-RAMOS were not in the load house in Phoenix with them, and the first time that they met them was when they arrived at the house to pick them up;

7. Prior to questioning, RUBEN LOPEZ-HERRERA was advised of his rights as per Miranda. RUBEN LOPEZ-HERRERA admitted that he had been driving this vehicle, and that he knew that his passengers were all aliens illegally present in the United States. However, RUBEN LOPEZ-HERRERA continued to claim that all of the occupants of this vehicle had been working construction (concrete) for the past three (3) weeks in Topeka, Kansas. Although the Subject denied that he would receive any money for transporting the passengers, several of

the passengers stated that it was their understanding that both drivers would be paid for transporting them;

8. Prior to questioning, SANTIAGO RODRIGUEZ-RAMOS was advised of his rights as per Miranda. He signed the waiver, agreeing to answer questions without an attorney present. SANTIAGO RODRIGUEZ-RAMOS admitted that he had driven this vehicle just prior to arriving in Springfield, Illinois, and that he knew the passengers were all aliens illegally present in the United States. When questioned further about the true origination of this trip, SANTIAGO RODRIGUEZ-RAMOS initially claimed that they had all worked together in Tennessee, but when told that the passengers admitted to being picked-up in Phoenix, Arizona, SANTIAGO RODRIGUEZ-RAMOS stated that he wanted to speak to an attorney. At that time, questioning related to the criminal case was halted, and subject was only asked biographical questions to complete processing;

Based on the foregoing, affiant believes that there is probable cause to charge RUBEN LOPEZ-HERRERA and SANTIAGO RODRIGUEZ-RAMOS with Illegal Transportation of Aliens in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), and that these activities occurred in Sangamon County, Illinois, within the Central District of Illinois.

FURTHER AFFIANT SAYETH NOT.

s/ Stuart A. Kutz

STUART A. KUTZ, SENIOR SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Subscribed and sworn before me
this 2nd day of March 2007.

s/ Byron G. Cudmore

HONORABLE BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

-3-