E-FILED
Tuesday, 06 March, 2007  03:08:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-3013-M |
| SANTIAGO RODRIGUEZ-RAMOS, | ) |
| Defendant. | ) |

## DETENTION ORDER

BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

On March 5, 2007, a detention hearing was requested by the Government in the above listed cause. The Defendant, represented by court appointed counsel, Phillip Reed, and assisted by an interpreter, knowingly and voluntarily waived his right to a detention hearing and consented to being detained herein, subject to being reopened pursuant to statute. Based upon the knowing waiver of the Defendant's right to a detention hearing, Defendant Santiago Rodriguez-Ramos is ordered detained.

WHEREFORE, the Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons

awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding herein.

ENTER:  March 5, 2007

_____s/ Byron G. Cudmore_____

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE