## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

Santiago Rodriquez-Ramos

**FILED**
MAR 0 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### WARRANT FOR ARREST

Case Number: 07-3013-M

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RUBEN LOPEZ-HERRERA _____
Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ■ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

knowing that an alien had come to, entered and remained in the United States in violation of law, did, for the purpose of commercial advantage and private financial gain, transport and move such alien within the United States by means of a motor vehicle, in furtherance of such violation of law

Byron G. Cudmore
Name of Issuing Officer

[signature]
Signature of Issuing Officer

BAIL FIXED AT $ No Bail    by

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

March 2, 2007    Springfield, Illinois
Date and Location

BYRON CUDMORE
UNITED STATES
MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at Springfield

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 03/05/07 | Stuart Kutz | [signature] |
| Date of Arrest | Title of Arresting Officer | |
| 03/02/07 | ICE S/A | |